**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                                      CHAPTER 7 CASE
BROWN, EARLENE

                                                           CASE NO. 05-42106

                                                           JUDGE EUGENE R. WEDOFF
                      Debtor

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT. HEARING ON APPLICATIONS**
**FOR COMPENSATION. AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

        At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

        On: **September 16, 2008**

        At: **10:00 a.m**.

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

        a. Receipts                              $              24.730.92
                                                 $                  51.12

        b. Disbursements                         $              24.679.80

        c. Net Cash Available for Distribution

**4.**      Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|---|
| Trustee | $ | 0.00 | $ 3,223.09 | $ |
| Trustee's Firm Legal | $ | 0.00 | $ 1,924.00 | $ |

In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|
| | | |

6.      Claims of general unsecured creditors totaling $15,896.38, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% for timely filed claims and 82.33% for late filed claims.

Allowed general unsecured claims are as follows:

| Claim Number Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|
| 1    Chase Bank USA, N.A. | 15,896.38 | $ $ | 15,896.38 |
| 2    Citibank South Dakota NA | 4,416.87 | | 3,636.33 |

7.      Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.      Debtor has been discharged.

10.     The Trustee proposed to abandon the following property at the hearing: None

Dated:   **July 31, 2008**                                     For the Court,

                              By:

                                      **KENNETH S. GARDNER**
                                      Clerk of the United States Bankruptcy Court
                                      219 S. Dearborn Street, 7th Floor Chicago,
                                      IL 60604

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1        User: amcc7           Page 1 of 1           Date Rcvd: Jul 31, 2008
Case: 05-42106             Form ID: pdf002        Total Served: 13


The following entities were served by first class mail on Aug 02, 2008.
db          +Earlene Brown,    7960 Selma Ave Apt 103,    Los Angeles, CA 90046-2631
aty         +Andrew K. Weiss,   Gardiner Koch & Weisberg,    53 W. Jackson Blvd.,    Suite 950,
             Chicago, IL 60604-3849
aty         +Jason Blust,   Macey & Aleman,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7948
aty         +Karen R Goodman,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
             Chicago, IL 60601-3713
tr          +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
             Chicago, IL 60601-3713
9935873      AT&T Universal Card,    PO Box 688914,    Des Moines, IA 50368-8914
10598070    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
             Seattle, WA 98121-2339
9935874      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
10706068    +Citibank South Dakota NA,    Citibank Choice,    Exception Payment  Processing,    Po Box 6305,
             The Lakes, NV 88901-6305
9935875     +Discover Platinum,    PO Box 15182,    Wilmington, DE 19850-5182
9935871     +Earlene Brown,    9351 S. Phillips,    Chicago, IL 60617-4044
9935872     +Jeffrey J. Aleman,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
9935876      Shell Card,    PO Box 689151,    Des Moines, IA 50368-9151

The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2008**                    **Signature:** _____