# EXHIBIT C

**JPMorganChase** 

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

October 01, 2008 through October 31, 2008

Account Number: **000312890847965**

## CUSTOMER SERVICE INFORMATION

Service Center:     1-800-634-5273



00040040 DBI 802 24 30808 - NNNNN  6 000000000 60 0000
05-42106 BROWN EARLENE
DEBTOR
520191 KAREN GOODMAN TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## SAVINGS SUMMARY — Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $38.35 |

This account earns interest daily and the current interest rate is 0.12%.

The total interest paid this year is $38.35.

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

October 01, 2008 through October 31, 2008
Account Number: **000312890847966**

## CUSTOMER SERVICE INFORMATION

Service Center: 1-800-634-5273



```
00040041 DBI 802 24 30808 - NNNNN  1 000000000 60 0000
05-42106 BROWN EARLENE
DEBTOR
520191 KAREN GOODMAN TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004
```

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $24,690.71 |
| Checks Paid | 4 | - 24,690.71 |
| Ending Balance | 4 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 10/16 | $3,223.09 |
| 102 | 10/16 | 1,924.00 |
| 103 | 10/02 | 15,896.38 |
| 104 | 10/01 | 3,647.24 |
| Total Checks Paid |  | $24,690.71 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/01 | $21,043.47 |
| 10/02 | 5,147.09 |
| 10/16 | 0.00 |